IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2018 OCT 10 PM 1:36
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 8:96CV230 |
| RICHARD V. YOST, | |
| Defendant, | |
| And | |
| BIG IRON AUCTIONS, | |
| Garnishee. | |

## ORDER TO ISSUE WRIT OF GARNISHMENT

This matter comes before this Court on the Application For Writ of Garnishment of the Plaintiff, United States of America, for an order to issue the Writ of Garnishment against Big Iron Auctions, the garnishee, and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Garnishment against Big Iron Auctions, whose address is PO Box 266, 213 Beaver Street, St. Edward, NE 68660.

DATED this 10 day of October, 2018.

BY THE COURT:

_____
United States Magistrate Judge